NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**B.E. TECHNOLOGY, L.L.C.,**
*Appellant*

v.

**SONY MOBILE COMMUNICATIONS (USA) INC.,**
*Appellee*

---

15-1882
(Serial no. IPR2014-00029 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, B.E. Technology, L.L.C. unopposed motion to extend time to file appellan's principal brief,

IT IS ORDERED THAT:

The motion is granted. The Appellant's brief is due on October 13, 2015.

FOR THE COURT

August 28, 2015                /s/ Daniel E. O'Toole
                               Daniel E. O'Toole
                               Clerk of Court